# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DAVID O'DONNELL | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-2687-S-BK |
| | § | |
| | § | |
| AVIS RENT A CAR SYSTEM, LLC, et al. | § | |

## ORDER

This Order addresses both the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 112] filed on March 11, 2021, *and* Plaintiff's Objections to Order (Doc. 112) and Motion to Reconsider [ECF No. 114] filed on March 25, 2021.

Couched as an objection, Plaintiff ultimately seeks to point out that he had filed a response to the motion for summary judgment filed by Defendants Avis Budget Car Rental, LLC, Avis Budget Group, Inc., AB Car Rental Services, Inc., PV Holding Corp., and Sedgwick Claims Management Services, Inc. This response had been subsumed into a document entitled *"Plaintiff's FRCP 56(d) Motion to Extend Time, and Subject to, Plaintiff's Response to Motions for Summary Judgment by AB, Avisbudget, ABCR, PVH and Sedgwick"* [ECF No. 50], and, as a result, caused confusion.

Notwithstanding that Plaintiff's objection appears in actuality to be a clarification rather than a legal objection, the Court nevertheless has conducted a *de novo* review of the proposed findings and recommendation, specifically considering Defendants' motion for summary judgment [ECF No. 44], Plaintiff's "Response" [ECF No. 50], Defendants' Reply [ECF No. 57], and the proper summary judgment evidence presented. The Court agrees with the reasons and

findings articulated by the Magistrate Judge and accordingly **ACCEPTS** the Findings, Conclusions and Recommendation and **DENIES** Plaintiff's Motion to Reconsider.

**SO ORDERED.**

SIGNED March 26, 2021.

**UNITED STATES DISTRICT JUDGE**